**UNITED STATES of America v. Walter H. BEECH.**

**No. 1656.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 12, 1938.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan.

Yankey, Osborne & Sears, of Wichita, Kan., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**TROPIC–AIRE, Incorporated, Plaintiff-Appellant, v. E. A. LABORATORIES, Inc., Defendant-Appellee.**

**No. 111.**

Circuit Court of Appeals, Second Circuit.

Dec. 20, 1937.

Henry R. Ashton, of New York City (Harold Olsen, of New York City, of counsel), for appellant.

Duell & Kane, of New York City (Holland S. Duell and David S. Kane, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**UNITED STATES of America, Appellant, v. CHARLESTON LUMBER COMPANY, a Corporation, Appellee.**

**No. 4283.**

Circuit Court of Appeals, Fourth Circuit.

Dec. 7, 1937.

Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va.

Jackson D. Altizer, of Charleston, W. Va., for appellee.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.

**UNITED STATES of America, Appellant, v. Alma E. HOLM, Guardian of the Person and Property of Arthur M. Erickson, Incompetent.**

**No. 11033.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 11, 1937.

Edward G. Dunn, U. S. Atty., of Mason City, Iowa.

Reed, Beers & Graham, of Waterloo, Iowa, and Nagle & Hill, of Clarion, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and consent of appellee.